UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| NELLY ALDANA-TISCARENO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., a Corporation and DOES 1 to 50, Inclusive<br><br>    Defendants. | Case No: 5:15-cv-02320 JGB(SPx)<br>[Assigned to Hon. Jesus G. Bernal and Magistrate Judge Sheri Pym]<br>(Complaint filed on October 13, 2015)<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION**<br><br>Trial Date: August 15, 2017 |
|---|---|

In light of the parties' Joint Stipulation re: Request for Dismissal (Document 62, Page ID 527-528 Filed 8/29/17), and for good cause shown, the Court hereby ORDERS that the action be deemed dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: September 8, 2017

Hon. Jesus G. Bernal
United States District Judge

-1-